JOSEPH B. HOLDEN, Respondent, v. LESLIE H. COOKE, Doing Business
under the Firm Name and Style of L. H. COOKE & Co., and Another,
Appellants.— Judgment and order affirmed, with costs. No opinion.

Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Smith, J., dissented.